UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MID-CENTURY INSURANCE COMPANY,

    Plaintiff,

  v.                                    NO. CIV. S-13-0225 LKK/AC

GENERAL ELECTRIC COMPANY; SAMSUNG ELECTRONICS AMERICA, INC.; and DOES 1 through 10, inclusive,

    Defendants.

                **ORDER OF RECUSAL AND REASSIGNMENT**

It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned.

IT IS HEREBY ORDERED that:

1. The undersigned recuses himself as the judge to whom this case is assigned;

////

1

2.  All currently scheduled dates in the above-captioned action are **VACATED**;

3.  The Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment; and

4.  This case is REASSIGNED to the Honorable Morrison C. England, Jr., United States District Judge.

IT IS SO ORDERED.

DATED:  February 8, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT