UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MID-CENTURY INSURANCE COMPANY,

      Plaintiff,

  v.                                  NO. CIV. S-13-0225 LKK/AC

GENERAL ELECTRIC COMPANY;
SAMSUNG ELECTRONICS AMERICA, INC.; and
DOES 1 through 10, inclusive,

      Defendants.
_____/

**ORDER OF RECUSAL AND REASSIGNMENT**

    It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned.

    IT IS HEREBY ORDERED that:

    1.   The undersigned recuses himself as the judge to whom this case is assigned;

////

1

2.   All currently scheduled dates in the above-captioned action are **VACATED**;

3.   The Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment; and

4.   This case is REASSIGNED to the Honorable Morrison C. England, Jr., United States District Judge.

IT IS SO ORDERED.

DATED:  February 8, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2