1  Dean A. Alper, Esq.  (SBN 117305)
   **Alper & McCulloch**
2  100 Drakes Landing Road, Suite 160
   Greenbrae, CA  94904-3120
3  Tel:  (415) 785-8814
   Fax:  (415) 785-8831
4  daa@alpermcculloch.com

5  Attorney for Plaintiffs
   MID-CENTURY INSURANCE COMPANY
6  AND AMICA MUTUAL INSURANCE COMPANY

7

8              **UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  MID-CENTURY INSURANCE COMPANY          Case No.:  2:13-CV-00225-MCE-AC
    and AMICA MUTUAL INSURANCE
12  COMPANY,                               **STIPULATION OF VOLUNTARY**
                                           **DISMISSAL PURSUANT TO**
13                          Plaintiffs,    **F.R.C.P. 41(a)(1)(A)(ii)**

14     vs.

15  GENERAL ELECTRIC COMPANY               The Honorable Chief Judge Morrison C.
    SAMSUNG ELECTRONICS AMERICA, INC.,     England, Jr.
16  et al.,

17                          Defendants.

18

19     **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

20          IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their

21  respective counsel that Plaintiff voluntarily dismisses the above-captioned action without prejudice

22  against SAMSUNG ELECTRONICS AMERICA, INC., pursuant to Federal Rule of Civil

23  Procedure 41(a)(1)(A)(ii).

24          Respectfully submitted,

25  ///

26  ///

27  ///

28  ///

                                    1

1 | July 25, 2013

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

2

By:  */s/ Donald P. Eichhorn*
Donald. P. Eichhorn

3

Attorney for Defendants
GENERAL ELECTRIC COMPANY and

4

SAMSUNG ELECTRONICS AMERICA, INC.

5

6 | July 25, 2013

ALPER & MCCULLOCH

7

By:  */s/ Dean A. Alper*
Dean A. Alper, Esq.

8

Attorney for Plaintiffs
MID-CENTURY INSURANCE COMPANY

9

and AMICA MUTUAL INSURANCE COMPANY

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

STIPULATION OF VOLUNTARY DISMISSAL

Case No. 2:13-CV-00225-MCE-AC

**ORDER**

GOOD CAUSE APPEARING, pursuant to the parties' joint stipulation to dismiss defendant SAMSUNG ELECTRONICS AMERICA, INC., and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court orders SAMSUNG ELECTRONICS AMERICA, INC., dismissed from this action.

IT IS SO ORDERED.

Dated:  July 25, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

ORDER GRANTING VOLUNTARY DISMISSAL