Dean A. Alper, Esq.  (SBN 117305)
**Alper & McCulloch**
100 Drakes Landing Road, Suite 160
Greenbrae, CA  94904-3120
Tel:  (415) 785-8814
Fax:  (415) 785-8831
daa@alpermcculloch.com

Attorney for Plaintiffs
MID-CENTURY INSURANCE COMPANY
AND AMICA MUTUAL INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MID-CENTURY INSURANCE COMPANY and AMICA MUTUAL INSURANCE COMPANY,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>GENERAL ELECTRIC COMPANY SAMSUNG ELECTRONICS AMERICA, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No.:  2:13-CV-00225-MCE-AC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>The Honorable Chief Judge Morrison C. England, Jr. |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that Plaintiff voluntarily dismisses the above-captioned action without prejudice against SAMSUNG ELECTRONICS AMERICA, INC., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

　　　　Respectfully submitted,

///

///

///

///

1  July 25, 2013          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

2                                By:  */s/ Donald P. Eichhorn*  __
                                     Donald. P. Eichhorn
3                                    Attorney for Defendants
                                     GENERAL ELECTRIC COMPANY and
4                                    SAMSUNG ELECTRONICS AMERICA, INC.

5

6  July 25, 2013          ALPER & MCCULLOCH

7                                By:  */s/ Dean A. Alper*_____
                                     Dean A. Alper, Esq.
8                                    Attorney for Plaintiffs
                                     MID-CENTURY INSURANCE COMPANY
9                                    and AMICA MUTUAL INSURANCE COMPANY

**ORDER**

GOOD CAUSE APPEARING, pursuant to the parties' joint stipulation to dismiss defendant SAMSUNG ELECTRONICS AMERICA, INC., and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court orders SAMSUNG ELECTRONICS AMERICA, INC., dismissed from this action.

IT IS SO ORDERED.

Dated:  July 25, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT