1  DONALD P. EICHHORN (SBN 139863)
   Email: Donald.Eichhorn@wilsonelser.com
2  **WILSON ELSER MOSKOWITZ**
      **EDELMAN & DICKER LLP**
3  525 Market Street, 17th Floor
   San Francisco, California 94105
4  Telephone: (415) 433-0990
   Facsimile: (415) 434-1370
5
   Attorneys for Defendants
6  **GENERAL ELECTRIC COMPANY and**

7  **SAMSUNG ELECTRONICS AMERICA, INC.**

8

9          **UNITED STATES DISTRICT COURT**

10

11         **EASTERN DISTRICT OF CALIFORNIA**

12 MID-CENTURY INSURANCE COMPANY,  ) Case No.: 2:13-CV-00225-MCE-AC
   and AMICA MUTUAL INSURANCE      )
13 COMPANY,                        ) **STIPULATION AND**
                                   ) **ORDER TO EXTEND DISCOVERY**
14       Plaintiffs,       ) **COMPLETION DATE**
                                   )
15     v.                 )
                                   )
16                                 )
   GENERAL ELECTRIC COMPANY;       )
17 SAMSUNG ELECTRONICS AMERICA, INC.; )
   and DOES 1 through 10, inclusive, )
18                                 )
        Defendants.    )
19 _____)

20     WHEREAS  non-expert discovery is scheduled to be completed on May 2, 2014 per the Pre

21 Trial Scheduling Order dated August 27, 2013.

22     WHEREAS the parties agree that an additional 90 days is needed to complete pending non-

23 expert discovery.

24     WHEREAS a discovery dispute has arisen in this matter which the parties are attempting to

25 resolve informally and with the assistance of Magistrate Judge Allison Claire.

26     WHEREAS on April 25, 2014 an Informal Telephonic Conference re Discovery Disputes

27 was held between Magistrate Judge Allison Claire and the attorneys of record.

28 WHEREAS Defendant has agreed to provide amended discovery responses by May 9, 2014.

1        NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between

2    Plaintiff and Defendants through their attorneys of record that the non expert-discovery completion

3    date set in the Pretrial Scheduling Order of August 27, 2013 be continued as outlined above, or as

4    the Court deems appropriate.

5    IT IS SO STIPULATED.

6    DATED: May 7, 2014                    WILSON, ELSER, MOSKOWITZ,
                                           EDELMAN & DICKER, LLP
7

8                                          By:    /s/ Donald P. Eichhorn
                                           Donald P. Eichhorn
9                                          Attorneys for Defendant General Electric
                                           Company
10

11   DATED: May 7, 2014                    ALPER & McCULLOCH

12

13                                         By:    /s/ Dean A. Alper
                                           Dean A. Alper
14                                         Attorney for Plaintiffs Mid-Century Insurance
                                           Company and Amica Mutual Insurance
                                           Company
15

16
                              **ORDER**
17
         In accordance with the above stipulation and agreement of the parties, and good cause
18
     appearing, non-expert discovery shall close ninety (90) days from May 2, 2014, on **July 31, 2014**.
19
         IT IS SO ORDERED.
20
     DATED:  MAY 13, 2014
21

22

23                                         _____
                                           MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                           UNITED STATES DISTRICT COURT
24

25

26

27

28

STIPULATION & PROPOSED ORDER TO EXTEND DISCOVERY COMPLETION DATE
1208275v.1