Dean Alper, Bar No. 117305
ALPER & MCCULLOCH
100 Drakes Landing Rd., Ste. 160
Greenbrae, CA 94904
Tel: (415) 785-8814
Fax: (415) 785-8831
Email: daa@alpermcculloch.com

**Attorneys for Plaintiff
Mid-Century Insurance Company
and Amica Mutual Insurance Company**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MID-CENTURY INSURANCE COMPANY and AMICA MUTUAL INSURANCE COMPANY<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY; SAMSUNG ELECTRONICS AMERICA, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:13-cv-00225 MCE-AC<br><br>**JOINT NOTICE OF DISMISSAL** |

    Plaintiffs Mid-Century Insurance Company and Amica Mutual Insurance Company, and Defendants General Electric Company and Samsung Electronics America, Inc., (hereafter the

**Joint Notice of Dismissal**            -1-            **Case No. 2:13-CV-00225 MCE-AC**

Parties) by and through their counsel of record, hereby request that the Court dismisses the above-entitled matter, with prejudice.

Respectfully submitted,

DATED:  June 3, 2014                              /s/ Dean A. Alper
                                                                    Dean A. Alper, Esq.
                                                                    **Attorneys for Plaintiffs**
                                                                    **Mid-Century Insurance Company**
                                                                    **and Amica Mutual Insurance Company**


DATED:  June 3, 2014                              /s/ Donald P. Eichhorn, Esq.
                                                                    Donald P. Eichhorn, Esq.
                                                                    **Attorneys for Defendants**
                                                                    **General Electric Company**
                                                                    **and Samsung Electronics**
                                                                    **America, Inc.**


## ORDER

Pursuant to the foregoing, this Court dismisses the entire case with prejudice.

**IT IS SO ORDERED.**

Dated: June 3, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT